IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


**JAMES WYMER,**

    **Plaintiff,**

**vs.**                                          **Case No. 4:17cv265-MW/CAS**

**KEARNEY CENTER,**
**and JACOB REITI,**

    **Defendants.**
_____/


## REPORT AND RECOMMENDATION

Plaintiff, proceeding pro se, initiated this case on June 12, 2017, by submitting a civil rights complaint, ECF No. 1, and a motion requesting leave to proceed in forma pauperis, ECF No. 2. However, because Plaintiff's motion for in forma pauperis status was insufficient, an Order was entered on June 30, 2017, explaining what Plaintiff must do when filing an amended in forma pauperis motion. ECF No. 4. That Order never reached Plaintiff. Three separate mailings have been returned to the Court as undeliverable. ECF Nos. 5-7. Plaintiff has not contacted the Court since mailing the complaint and in forma pauperis motion and it appears that he

has abandoned this litigation. Because this case cannot continue if the Court is unable to contact the pro se Plaintiff, this case should now be dismissed without prejudice.

It is respectfully **RECOMMENDED** that this case be **DISMISSED** for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

**IN CHAMBERS** at Tallahassee, Florida, on July 26, 2017.

S/   Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations. Fed. R. Civ. P. 72(b)(2). A copy of the objections shall be served upon all other parties. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. Fed. R. Civ. P. 72(b)(2). <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.</u> If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636.**

Case No. 4:17cv265-MW/CAS