IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMES WYMER,

    Plaintiff,

v.                          Case No. 4:17cv265-MW/CAS

KEARNEY CENTER and
JACOBI REITI,

    Defendants.
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 8. Upon consideration, no objections having been filed by the parties,[1]

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** for failure to prosecute pursuant to Fed. R. Civ. P. 41(b)." The Clerk shall close the

---

[1] Plaintiff has failed to keep the Clerk advised of his current address as evidenced by returned mail. ECF Nos. 5, 6, and 7.

1

file.

SO ORDERED on August 23, 2017.

<u>s/Mark E. Walker</u>        ____<br>
**United States District Judge**